NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIE BILLUE,                                        )
                                                     )
        Appellant,                               )
                                                     )
v.                                                   )          Case No. 2D17-4054
                                                     )
STATE OF FLORIDA,                                    )
                                                     )
        Appellee.                                )
_____)

Opinion filed March 16, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.


PER CURIAM.


      Affirmed.


CASANUEVA, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.